PROB 12B  SD/FL PACTS No. 4138993
(SD/FL 9/96)

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

### CASE NO.: <u>1:17-60223-CR-BLOOM</u>

### <u>Request for Modifying the Conditions or Term of Supervision With Consent of the Offender</u>
(Probation Form 49, Waiver of Hearing is Attached)

Name of Offender: Jaime Vives Castillo

Name of Sentencing Judicial Officer: The Honorable Ursula Ungaro, United States District Judge, Miami, Florida

Name of Reassigned Judicial Officer: The Honorable Beth Bloom, United States District Judge, Miami, Florida

Date of Original Sentence: May 30, 2018

Original Offense: Count One: Conspiracy to commit money laundering, in violation of Title 18 U.S.C.§ 1956(h), a Class C felony

Original Sentence: The defendant was sentenced to forty-eight (48) months custody of the Bureau of prisons, followed by a three (3) year term of supervised release. The following special conditions were imposed. The defendant shall 1) provide complete access to financial information; 2) not apply for, solicit or incur any further debt, included but not limited to loan, lines of credit or credit cards charges, either as a principal or cosigned, as an individual or thought any corporate entity, without first obtaining written permission from the U.S. Probation Officer; 3) not own, operate, act as a consultant, be employed in, or participate in any manner, in any related concern during the period of supervision; and 4) obtain prior written approval from the Court before entering into any self-employment; A $100.00 special assessment was imposed. Restitution deferred.

**July 18, 2018:** *Amended Judgment.* Restitution ordered in the amount of $2,628,201.13 to be paid at the rate of 10% of monthly gross earnings.

**June 9, 2021:** Case reassigned to the Honorable Beth Bloom.

Type of Supervision: Supervised Release        Date Supervision Commenced: December 21, 2021

**PETITIONING THE COURT**

PROB 12B  
(SD/FL 9/96)

SD/FL PACTS No. 4138993

☐   To extend the term of supervision for _____ years, for a total term of _____ years.
☒   To modify the conditions of supervision as follows:

**The defendant shall pay restitution at the rate of $ 190.00 per month until such time as the Court may alter that payment schedule in the interest of justice. The U.S. Probation Office and U.S. Attorney's Office shall monitor the payment of restitution and report to the Court any material change in the defendant's ability to pay.**

## CAUSE

On May 30, 2018, The Honorable United States District Judge Ursula Ungaro sentenced the above-mentioned defendant to forty-eight (48) months custody of the Bureau of prisons, followed by a three (3) year term of supervised release. The following special conditions were imposed. The defendant shall provide complete access to financial information; not apply for, solicit or incur any further debt, included but not limited to loan, lines of credit or credit cards charges, either as a principal or cosigned, as an individual or thought any corporate entity, without first obtaining written permission from the U.S. Probation Officer; not own, operate, act as a consultant, be employed in, or participate in any manner, in any related concern during the period of supervision; and obtain prior written approval from the Court before entering into any self-employment. A $100.00 special assessment was imposed. Restitution amount was deferred at the time of sentencing.

On July 18, 2018, restitution was ordered in the amount of $2,628,201.13 to be paid at the rate of 10% monthly gross earnings.

On December 21, 2021, the defendant commenced her three (3) year-term of supervised release in the Southern District of Florida, which is due to expire December 20, 2024.

The defendant has paid her $100.00 special assessment fee in full and a total of $607.58 towards her restitution payments. The defendant was ordered to pay restitution at the rate of 10% of her monthly gross earnings. A financial investigation was conducted to determine what amount the defendant could afford to pay monthly. The defendant reported a gross monthly income of approximately $3,480.00. The defendant's allowable monthly expenses totaled approximately $3,191. The defendant reported her household income and expenses on a monthly basis. The information was compared to the documentation provided by the defendant, and the expenses were adjusted accordingly. Based on this information, it was determined that the defendant will be able to pay $190.00 per month towards her restitution payment.

The defendant was presented with this information and concurred with our assessment, consequently, voluntarily signed the *Wavier of Hearing to Modify Conditions of Supervised* Release, thus establishing restitution at $190.00 per month, commencing April 1, 2022, and every month thereafter.

The defendant resides at 650 Northwest 78th Terrace, Apt. 204, Pembroke Pines, Florida 33024. The defendant is employed as an operations manager with Pernickety Events located at 7060 Southwest 16th Court, Pembroke Pines, Florida 33023 and as a counselor with Mending Hearts, LLC, located at 3810 Inverrary Blvd, Ste. 404, Lauderhill, Florida 33319.

PROB 12B                                                                                         SD/FL PACTS No. 4138993
(SD/FL 9/96)

**RECOMMENDATION:** As such, it is respectfully recommended that Your Honor modify the conditions of supervised release allowing the defendant to pay restitution at the rate of $190.00 per month.

                                      Respectfully submitted,

by:  

                                      Shaina E. Kus
                                      United States Probation Officer
                                      Office: 954-769-5515
                                      Cellular: 305-632-9915
                                      Shaina_Kus@flsp.uscourts.gov
                                      Date: March 7, 2022

---

THE COURT ORDERS:

☐    No Action
X    The Modification of Conditions as Noted
☐    Submit a Request for ☐ Warrant or ☐ Summons

                                                  Signature of Judicial Officer

                                                  3/8/2022
                                                  Date